McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 01-0049 GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS COMPLAINT |
| v. | ) | |
| | ) | |
| GUADALUPE PEDRAZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Honorable Court for an order dismissing the complaint against Guadalupe Pedraza, filed on March 6, 2001, in Mag. Case No. 01-0049 GGH.  The defendant is not in custody on any criminal charges.

    This motion is based upon the defendant's guilty plea on September 13, 2007, to a violation of 8 U.S.C. § 1325, and is in

///
///
///
///
///

1

accordance with the plea agreement between the defendant and the government.

DATED: September 14, 2007          McGREGOR W. SCOTT
                                   United States Attorney

                              By:  */s/ Kyle Reardon*
                                   KYLE REARDON
                                   Assistant U.S. Attorney

O R D E R

APPROVED AND SO ORDERED:

DATED: 9/20/07                     /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE

pedraza.ord

2