UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILED | |
| September 24, 2007 | |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | |
| DEPUTY CLERK | |

UNITED STATES OF AMERICA, )
)  Case No. 2:07MJ00049-GGH
       Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
GUADALUPE P. PEDRAZA, )
)
       Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  GUADALUPE P. PEDRAZA , Case No. 2:07MJ00049-GGH , Charge  18USC § 1542 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    __ (Other)  _____

Issued at  Sacramento, CA  on  September 24, 2007  at  8:45 am .

    By  /s/ Gregory G. Hollows
    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court